FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VINITA HONG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MUKASEY, et al.,<br><br>　　　　Respondent. | Case No.  CV 08-0074-TJH (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files as well as the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition without prejudice.

　　IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: __3/25/08__

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　United States District Judge