JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| VINITA HONG, | ) | Case No. CV 08-0074-TJH (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL MUKASEY, et al., | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: _7/25/08_

Terry J. Hatter, Jr.
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY